IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIE ANITA NICHOLSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**CITY OF DAPHNE, et al.,** )<br>)<br>    **Defendants.** ) | **CIVIL ACTION 07-0496-WS-M** |

**FINAL JUDGMENT**

In accordance with the Court's orders entered September 14, 2007, June 24, 2009, and November 25, 2009, the plaintiff shall recover nothing from the defendants. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendants City of Daphne, Fred Small, Regina Landry, Sharon Cureton, David McKelroy, Debbie White, Mary Jensen, David Carpenter, Daniel Bell and Scott Taylor and against plaintiff Maria Anita Nicholson.

DONE this 25th day of November, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE